UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOBI JOHNSON, | CASE NO.  05 CV 2207 BTM LSP |
| Plaintiff, | **ORDER TO SET ASIDE DEFAULT** |
| v. | |
| SILVERADO LIMITED LIABILITY COMPANY, MOTOR YACHT SILVERADO and DOES 1 through 25, inclusive, | Magistrate:   Hon. Leo S. Papas<br>Judge:          Hon. Barry T. Moskowitz |
| Defendants. | Complaint Filed:     December 2, 2005 |

The joint motion of the parties to set aside the Clerk's entry of default is hereby GRANTED. The default entered against Defendants, SILVERADO LIMITED LIABILITY CO. and M/Y SILVERADO is hereby SET ASIDE.

IT IS FURTHER ORDERED that Defendants SILVERADO LIMITED LIABILITY CO. and M/Y SILVERADO answer the Complaint within ten days from the filing of this order.

IT IS SO ORDERED.

DATED: June 4, 2007

_____
Hon. Barry Ted Moskowitz
United States District Judge